USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

# ORDER TO SURRENDER
## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

VIOLA PETERS,

           Defendant.

04 CR 102 (CM)

It is hereby ordered that Viola Peters, the defendant, having been sentenced in the above case to the custody of the Attorney General, it is hereby ordered that the defendant surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00P.M. on __8/1/05__.

_____         __4/15/05__

UNITED STATES DISTRICT JUDGE         DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____         _____

(Attorney/Witness)         (Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel